JACOB M. HARPER (State Bar No. 259463)
jacobharper@dwt.com
MARCY BLATTNER MICALE (State Bar No. 319868)
marcymicale@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
UTZ BRANDS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOANNA BAYER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

UTZ BRANDS, INC.,

Defendants.

Case No. 3:26-cv-08471-VC

**JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT UTZ BRANDS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

[Local Rule 6-1(a)]

Action Filed: August 14, 2026
Current Response Due: September 16, 2026

Pursuant to Local Rule 6-1(a), Plaintiff Joanna Bayer ("Plaintiff") and Defendant Utz Brands, Inc. ("Defendant") hereby stipulate to an extension of time for Defendant to respond to Plaintiff's complaint.

The complaint was filed on August 14, 2026, and was served on Defendant on August 26, 2026. Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendant's current deadline to respond to Plaintiff's complaint is September 16, 2026.

The parties hereby stipulate that Defendant's deadline to respond to the Complaint is extended 30 days, from September 16, 2026, to October 16, 2026.

The extension will not alter the date of any event or any deadline already fixed by Court order.

DATED: September 10, 2026

DAVIS WRIGHT TREMAINE LLP

By: *_/s/ Jacob M. Harper_*
Jacob M. Harper

Attorneys for Defendant
UTZ BRANDS, INC.

DATED: September 10, 2026

BURSOR & FISHER, P.A.

By: *_/s/ Neal J. Deckant_*
Neal J. Deckant

Attorneys for Plaintiff
JOANNA BAYER



DAVIS WRIGHT TREMAINE LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899

**FILER'S ATTESTATION**

I, Jacob M. Harper, am the ECF user whose identification and password are being used to file this Stipulation for Extension of Time. In compliance with L.R. 5-1(i)(3), I hereby attest that Plaintiff's counsel concurs in this filing.

DATED: September 10, 2026

DAVIS WRIGHT TREMAINE LLP

By: *_/s/ Jacob M. Harper_*
Jacob M. Harper

Attorneys for Defendant
UTZ BRANDS, INC.



**DAVIS WRIGHT TREMAINE** LLP
350 SOUTH GRAND AVENUE, 27TH FLOOR
LOS ANGELES, CALIFORNIA 90071
(213) 633-6800
Fax: (213) 633-6899