**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Ines Diaz Villafana (State Bar No. 354099)
Karen B. Valenzuela (State Bar No. 357231)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
idiaz@bursor.com
kvalenzuela@bursor.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNA BAYER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UTZ BRANDS, INC.,<br><br>Defendant. | Case No. 3:26-cv-08471-VC<br><br>**NOTICE OF INTENT TO FILE FIRST AMENDED COMPLAINT IN LIEU OF OPPOSITION TO MOTION TO DISMISS** |

Plaintiff Joanna Bayer ("Plaintiff") respectfully submits this notice to advise the Court that, in lieu of an opposition to Defendant's pending motion to dismiss the Complaint (ECF No. 14), Plaintiff will file a First Amended Complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B). Because Defendant filed its motion to dismiss on October 16, 2026, Plaintiff will amend by November 6, 2026.

Plaintiff further submits this notice to advise the Court that on October 23, 2026, the Parties filed a joint stipulation modifying the briefing schedule and continuing the Initial Case Management Conference (ECF No. 16). The Court has yet to rule on the stipulation. Because Plaintiff will amend her complaint, the proposed briefing schedule is moot, however, the Parties' request for the Initial Case Management Conference to be continued is still a valid request.

Dated: October 29, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: *<u>/s/ Ines Diaz Villafana</u>*
Ines Diaz Villafana

Neal J. Deckant (State Bar No. 322946)
Ines Diaz Villafana (State Bar No. 354099)
Karen B. Valenzuela (State Bar No. 357231)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
idiaz@bursor.com
kvalenzuela@bursor.com

*Attorneys for Plaintiff*